## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03183-WYD-NYW

RAUL T. MUNOZ,
KAREN MUNOZ,

Plaintiffs,

v.

GRIGORE LUCIAN,
DACIA TRANSPORT, INC.,

Defendants.

## MINUTE ORDER

Entered By Magistrate Judge Nina Y. Wang

This civil action comes before on the Parties' Joint Motion to Amend Scheduling Order, filed on July 29, 2015 [#27] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.  Accordingly, IT IS ORDERED that:

(1) The discovery cut-off is hereby re-set to **October 30, 2015**;
(2) Expert disclosures pursuant to Fed. Rule Civ. P. 26(a)(2) on any issue as to which a party bears the burden of proof (i.e., "opening expert") are due to be served on opposing counsel or any party proceeding *pro se* no later than **August 28, 2015**;
(3) Any responsive rebuttal disclosures pursuant to Fed. Rule Civ. P. 26(a)(2) are due to be served on opposing counsel or any party proceeding *pro se* no later than **September 18, 2015**;
(4) Any additional discovery devices in this action must be propounded by the Parties to this action, and served, no later than **September 15, 2015**.

DATED: July 31, 2015