IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-03183-WYD-NYW

RAUL T. MUNOZ and
KAREN D. MUNOZ,

    Plaintiffs,

v.

GRIGORE LUCIAN and
DACIA TRANSPORT, INC.,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation of Dismissal with Prejudice filed September 29, 2015.  After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulation of Dismissal with Prejudice (ECF No. 30) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to pay their own costs and attorney fees.

Dated:  September 30, 2015

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Senior United States District Judge